IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-24680-CMA

DONALD SWEETBAUM,

        Plaintiff,

VS.

CITY OF MIAMI,

        Defendant._____/

## JOINT SCHEDULING REPORT

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (hereinafter "Rule 26(f)") and the United States District Court for the Southern District of Florida Local Rule 16.1 (hereinafter "Local Rule 16.1"), the parties herein, by and through their undersigned attorneys, conferred on February 9, 2018 and file this, their Joint Scheduling Report.

**Information Required Pursuant to S.D. Fla. L.R. 16.1(b)(2)**

**A.     Likelihood of settlement:**

Defendant has filed a motion to dismiss, but the parties will attempt in good faith to amicably resolve this matter.

**B.     Likelihood of appearance of additional parties:**

The appearance of additional parties in this action is unlikely.

**C.     Discovery Schedule:**

The parties propose the following pretrial discovery schedule, which is based on the standard case management track pursuant to S.D. Fla.L.R. 16.1A.2.

## **PRETRIAL DEADLINES AND TRIAL DATE**

| Date | Deadline |
|---|---|
| June 18, 2018 | Joinder of Additional Parties and motions for class certification. |
| August 17, 2018 | Parties shall exchange expert witness summaries and reports. |
| August 24, 2018 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| September 7, 2018 | Parties exchange rebuttal expert witness summaries and reports. |
| October 8, 2018 | All discovery, including expert discovery, shall be completed. |
| October 31, 2018 | A mediator must be selected. |
| November 30, 2018 | All summary judgment, Daubert, and other dispositive motions must be filed.  A minimum of eight (8) weeks is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report. |
| December 31, 2018 | Mediation shall be completed. |
| January 14, 2019 | All Pretrial Motions and Memoranda of Law must be filed. |
| January 31, 2019 | Joint Pretrial Stipulation must be filed. |
| February 6, 2019 | Pretrial conference and deadline for resolution of pretrial motions |
| February 11, 2019 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| February 18, 2019 | Deposition designations must be filed. |
| February 22, 2019 | Beginning of Trial Period. |

    **D.**    **Proposals for the Formulation and Simplification of Issues:**

None at this time but the parties will further **confer** as the case proceeds to try to simplify issues.

    **E.**    **Necessity of Amendments to the Pleadings:**

Plaintiff anticipates an Amendment to the complaint.

**F.     Amendments and Stipulations ……**

The parties anticipate that they will be able to work together to agree to obtain admissions and stipulations that will help to avoid unnecessary proof at trial.

**G.     Suggestions for the Avoidance of Unnecessary Proof and of Cumulative evidence:**

Plaintiff's counsel is hopeful that the parties can agree on some liability issues and can work together to also obtain agreement on the scope of contamination and potential remedial plans.

**H.     Referral of Matters to Magistrate Judge:**

The parties agree to the referral of certain matters to a magistrate judge.

**I.     Preliminary Estimate of the Time Required for Trial:**

This depends on how successful the parties are in simplifying issues prior to trial.  Otherwise, the parties preliminary estimate of trial time is three days.

**J.     Pretrial Conference and Trial Dates:**

The parties request that the pretrial conference be scheduled for February 6, 2019 and that trial be scheduled to commence on or after February 22, 2019.

**K.     Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference:**

The parties had engaged in somewhat productive mediation before the filing of this action.  Plaintiff believes that there are several important issues that can be agreed upon that would simplify this case, assuming that Defendant agrees to cooperate.

Respectfully submitted,

| **RASCO KLOCK PEREZ & NIETO, P. L.** | **CITY OF MIAMI OFFICE OF THE CITY ATTORNEY** |
|---|---|
| s/ *Matthew P. Coglianese*<br>Matthew P. Coglianese, FBN 471585<br>mcoglianese@rascoklock.com<br>Gabriel E. Nieto, FBN 147559 | s/ *Henry J. Hunnefeld*<br>Henry J. Hunnefeld FBN 343811<br>hjhunnefeld@miamigov.com |

<table>
<tr><td>

Gnieto@rascoklock.com
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
Telephone: 305-476-7100
Facsimile: 305-476-7102

*Counsel for Plaintiff*

</td><td>

Douglas A. Harrison, FBN 75566
daharrison@miamigov.com
Forrest L. Andrews, FBN 17782
flandrewsjr@miamigov.com
444 SW 2nd Ave., Suite 945
Miami, FL 33130
Telephone: 305-416-1800
Facsimile: 305-416-1801

*Counsel for Defendant City of Miami*

</td></tr>
</table>

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: __/s/ *Matthew P. Coglianese*__
      Matthew P. Coglianese